UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-22136 |
| | ) | |
| CRUZ, DIANA B. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on November 21, 2013 in Courtroom 680**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: October 24, 2013       By: /s/ Richard M. Fogel
                                                  Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: CRUZ, DIANA B | § | Case No. 13-22136 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,500.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 4,490.00 |

**Balance on hand:**    $    4,490.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $    0.00
Remaining balance:   $    4,490.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,125.00 | 0.00 | 1,125.00 |

Total to be paid for chapter 7 administration expenses:   $    1,125.00
Remaining balance:   $    3,365.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00
Remaining balance:   $    3,365.00

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,365.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,018.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | 8,431.41 | 0.00 | 2,360.64 |
| 2 | Capital Recovery V, LLC | 208.07 | 0.00 | 58.26 |
| 3 | Capital Recovery V, LLC | 3,379.15 | 0.00 | 946.10 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,365.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                              Case No. 13-22136-JPC
Diana B Cruz                                                        Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: lkorotko             Page 1 of 2          Date Rcvd: Oct 25, 2013
                              Form ID: pdf006            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2013.
db          +Diana B Cruz,    5324 Judy Ct.,   Oak Forest, IL 60452-4476
20533854     ASC,   PO Box 1820,    Newark, NJ 07101-1820
20533853     American Express,   Box 0001,   Los Angeles, CA 90096-8000
20994976     American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20533855    +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Dr. Suite 400,   Chicago, IL 60606-4440
20533857     Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
20533858     Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
20533859    +Certified Payment Processing,    Attn: Collection Manager,   100 Throckmorton St, Ste 1800,
              Fort Worth, TX 76102-2802
20533860     Comenity-Carson's,   PO Box 659813,   San Antonio, TX 78265-9113
20533861     Consolidated Reports, Inc.,   Eight Hundred One South Rampart,   Suite 200,   Las Vegas, NV 89145
20533862    +Cook County Treasurer,   PO Box 805438,   Chicago, IL 60680-4116
20533865    +Kathy Below,   D&B Construction,   5451 W 110th Street,   Oak Lawn, IL 60453-5018
20533867     Lease Finance Group,   PO Box 2410,   Sioux Falls, SD 57101-2410
20533868    +Lease Finance Group,   PO Box 2528,   Sioux Falls, SD 57101-2528
20533869     Linebarger Goggan Blair & Sampson,,    P.O. Box 06152,   Chicago, IL 60606-0152
20533872   ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
            (address filed with court:   Snap On Credit,   950 Technology Way, Suite 301,
              Libertyville, IL 60048)
20533873    +Tahitia Village,   Attn: Accoounts Receivable,   File #50446,   Los Angeles, CA 90074-0001
20533874    +Village of Oak Lawn,   9446 Raymond Avenue,   Oak Lawn, IL 60453-2449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20562116    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 26 2013 01:22:01
              Ascension Capital Group, Inc,   Attn: BMW Bank of North America, Inc,   PO Box 201347,
              Arlington, TX 76006-1347
20533856    +E-mail/Text: bankruptcynotices@bmwfs.com Oct 26 2013 00:54:17    BMW Bank of North America,
              PO Box 78066,   Phoenix, AZ 85062-8066
20557869    +E-mail/Text: bankruptcynotices@bmwfs.com Oct 26 2013 00:54:17    BMW Bank of North America,
              5550 Britton Parkway,   Hilliard, OH 43026-7456
21074963     E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2013 00:57:15    Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20533863     E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:58:18    GAP,   P.O. Box 530942,
              Atlanta, GA 30353-0942
20533864     E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:59:00    GE Capital Retail Bank,
              PO Box 960061,   Orlando, FL 32896-0061
20533866     E-mail/Text: bnckohlsnotices@becket-lee.com Oct 26 2013 00:52:54    Kohl's Payment Center,
              P.O. Box 2983,   Milwaukee, WI 53201-2983
20533870     E-mail/Text: bankrup@aglresources.com Oct 26 2013 00:52:41    NICOR,
              Attention Bankruptcy Dept.,   P.O. Box 549,   Aurora, IL 60568-0001
20533871     E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:59:00    Sam's Club Discover,
              PO Box 960013,   Orlando, FL 32896-0013
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: lkorotko             Page 2 of 2              Date Rcvd: Oct 25, 2013
                              Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:

```
              Nisha B Parikh    on behalf of Creditor    Wells Fargo Bank, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick A Meszaros    on behalf of Debtor Diana B Cruz patrickmeszaros@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com,   il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,   il72@ecfcbis.com
                                                                                             TOTAL: 5
```