# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CRUZ, DIANA B                                 § Case No. 13-22136
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $490,501.00                    Assets Exempt: $296,300.46
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,365.00       Claims Discharged
                                                 Without Payment: $23,381.98

Total Expenses of Administration: $1,135.00

---

3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $202,997.40 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,135.00 | 1,135.00 | 1,135.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,809.35 | 12,018.63 | 12,018.63 | 3,365.00 |
| **TOTAL DISBURSEMENTS** | $228,806.75 | $13,153.63 | $13,153.63 | $4,500.00 |

4) This case was originally filed under Chapter 7 on May 28, 2013. The case was pending for 6 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/02/2013            By:  /s/RICHARD M. FOGEL
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Standard Bank Checking Account | 1129-000 | 3,500.00 |
| Furniture | 1129-000 | 750.00 |
| 2004 BMW C1325 | 1129-000 | 250.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Cook County Treasurer | 4110-000 | 4,499.62 | N/A | N/A | 0.00 |
| NOTFILED | Consolidated Reports, Inc. Eight Hundred One South | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tahitia Village | 4110-000 | 1,075.38 | N/A | N/A | 0.00 |
| NOTFILED | BMW Bank of North America | 4110-000 | 1,322.48 | N/A | N/A | 0.00 |
| NOTFILED | ASC | 4110-000 | 196,099.92 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$202,997.40** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,125.00 | 1,125.00 | 1,125.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,135.00 | $1,135.00 | $1,135.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | 7,871.00 | 8,431.41 | 8,431.41 | 2,360.64 |
| 2 | Capital Recovery V, LLC | 7100-000 | 50.00 | 208.07 | 208.07 | 58.26 |
| 3 | Capital Recovery V, LLC | 7100-000 | 3,160.00 | 3,379.15 | 3,379.15 | 946.10 |
| NOTFILED | Kohl's Payment Center | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | Lease Finance Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Linebarger Goggan Blair & Sampson, | 7100-000 | 244.00 | N/A | N/A | 0.00 |
| NOTFILED | Snap On Credit | 7100-000 | 758.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Kathy Below D&B Construction | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Oak Lawn | 7100-000 | 205.00 | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 214.01 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital Retail Bank | 7100-000 | 1,924.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | 1,809.39 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 386.12 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | 1,931.83 | N/A | N/A | 0.00 |
| NOTFILED | Certified Payment Processing | 7100-000 | 755.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity-Carson's | 7100-000 | 128.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$25,809.35** | **$12,018.63** | **$12,018.63** | **$3,365.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-22136     **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** CRUZ, DIANA B     **Filed (f) or Converted (c):** 05/28/13 (f)
    **§341(a) Meeting Date:** 07/19/13
**Period Ending:** 12/02/13     **Claims Bar Date:** 10/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5324 Judy Ct. Oak Forest, IL 60452<br>Imported from original petition Doc# 1 (See Footnote) | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | Standard Bank Checking Account<br>Imported from original petition Doc# 1 | 7,500.00 | 3,500.00 | | 3,500.00 | FA |
| 3 | Furniture<br>Imported from original petition Doc# 1 | 2,000.00 | 750.00 | | 750.00 | FA |
| 4 | Clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Life Insurance proceeds due and payable from Cig<br>Imported from original petition Doc# 1 | 270,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2004 BMW C1325<br>Imported from original petition Doc# 1 | 4,000.00 | 277.52 | | 250.00 | FA |
| 7 | Time Share - Tahiti Village<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$504,001.00** | **$4,527.52** | | **$4,500.00** | **$0.00** |

RE PROP# 1     Stay modified 6/18/13

**Major Activities Affecting Case Closing:**

    Liquidate non-exempt personal property
    Review claims

**Initial Projected Date Of Final Report (TFR):** June 30, 2014     **Current Projected Date Of Final Report (TFR):** October 24, 2013 (Actual)

Printed: 12/02/2013 11:34 AM     V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-22136  
**Case Name:** CRUZ, DIANA B  

**Taxpayer ID #:** **-***9306  
**Period Ending:** 12/02/13  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****074466 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/13 | | DIANA B. CRUZ | Proceeds of sale per o/c 9-12-13 | | 4,500.00 | | 4,500.00 |
| | {2} | | 3,500.00 | 1129-000 | | | 4,500.00 |
| | {3} | | 750.00 | 1129-000 | | | 4,500.00 |
| | {6} | | 250.00 | 1129-000 | | | 4,500.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,490.00 |
| 11/21/13 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,125.00, Trustee Compensation;  Reference: | 2100-000 | | 1,125.00 | 3,365.00 |
| 11/21/13 | 102 | American Express Centurion Bank | 27.99% dividend on Claim # 1, Ref: 9-51007 | 7100-000 | | 2,360.64 | 1,004.36 |
| 11/21/13 | 103 | Capital Recovery V, LLC | 27.99% dividend on Claim # 2, Ref: ENDING IN 2397 | 7100-000 | | 58.26 | 946.10 |
| 11/21/13 | 104 | Capital Recovery V, LLC | 27.99% dividend on Claim # 3, Ref: 6011-3610-7366-1894 | 7100-000 | | 946.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,500.00 | 4,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,500.00 | 4,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $4,500.00 | $4,500.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****074466** | 4,500.00 | 4,500.00 | 0.00 |
| | $4,500.00 | $4,500.00 | $0.00 |

{} Asset reference(s)

Printed: 12/02/2013 11:34 AM        V.13.13